No. 1123, Misc. WILLIAMS *v.* ZUCKERT, SECRETARY OF THE AIR FORCE, ET AL. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *Sidney Dickstein, David I. Shapiro, Lawrence Speiser* and *Melvin Wulf* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *Sherman L. Cohn* for respondents.